UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16-CV-14561-ROSENBERG/LYNCH

SANTIAGO ABREU,

    Plaintiff,

v.

NATIVE HARDWARE, LLC,

d/b/a Hobe Sound Ace Hardware,

    Defendant.

_____/

## ORDER DISMISSING AND CLOSING CASE

**THIS CAUSE** came before the Court upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice. DE 8. In light of the Notice, which represents that Plaintiff has elected to voluntarily dismiss this action with prejudice before Defendant served either an answer or a motion for summary judgment, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 8th day of February, 2017.

                                              ROBIN L. ROSENBERG
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record